# UNITED  STATES  DISTRICT  COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

SEAN WALKER,

              Plaintiff,                        CIVIL JUDGMENT
                                                5:04-CV-891
              vs.                            (NAM/GJD)

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

_____

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the Magistrate Judge's Report- Recommendation is adopted in part and denied in part, that this matter is remanded to the Commissioner for further proceedings in accordance with Chief Judge Mordue's Memorandum Decision and Order filed on September 30, 2007.


September 30, 2007                         LAWRENCE K. BAERMAN
Date                                     Clerk


                                         S/_____
                                         Judi L. Roberts
                                         Deputy Clerk